```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION

GRADY LYNN COX,                  §
     Petitioner,                 §
                                 §
VS.                              §   CIVIL ACTION NO.4:05-CV-186-Y
                                 §
COLE JETER, Warden,              §
FMC--Fort Worth,                 §
     Respondent.                 §
```

                    ORDER ADOPTING
        MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Grady Lynn Cox under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 11, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 26, 2005.

The Court, after de novo review, concludes that Cox's objections must be overruled, that the motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be, and are hereby, ADOPTED.

It is further ORDERED that respondent Jeter's June 3, 2005, motion to dismiss [docket no. 8] be, and is hereby, GRANTED.

It is further ORDERED that Grady Lynn Cox's petition for writ of habeas corpus under 28 U.S.C. § 2241 be, and is hereby, DISMISSED for lack of jurisdiction.

SIGNED August 8, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE